UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DEAN SCOTT JOHNSON, et al., | Case No. 17-CV-4983 (PJS/BRT) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| SCOTT KNIGHT, et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on September 4, 2018 [ECF No. 12],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: September 4, 2018

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge